# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:05CR00568 ERW |
| MAJED IHMOUD, | ) |
| Defendant. | ) |

## ORDER TERMINATING SUPERVISED RELEASE

This matter comes before the Court on pro se request of Defendant Majed Ihmoud for early termination of supervised release. Counsel for the Government has consented to this request and Defendant's Probation Officer has stated that Mr. Ihmoud has made great progress under supervision and that the Probation Office has no objection to said request.

**IT IS HEREBY ORDERED** that Pro Se Request for Early Termination of Supervised Release [doc. #37] is GRANTED. Defendant Majed Ihmoud shall be discharged from Supervised Release in this matter.

So Ordered this 20th Day of January , 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE